# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154296(19)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 154296
                                 COA: 332861
KAVINA MICHELLE WARD,           Berrien CC: 2015-015586-FC
      Defendant-Appellant.

_____/

     On order of the Court, the motion for reconsideration of this Court's October 3, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

     WILDER, J., did not participate because he was on the Court of Appeals panel.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



Clerk

a1218